1 | Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
2 | Orange, CA 92868
Phone (714) 621-0200
3 | Fax   (714) 621-0277

**FILED**
FEB 18 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

4 |              **United States Bankruptcy Court**
              **Central District of California**
5 |

6 |                                  ) Chapter 13
                                     )
7 | GILBERT ESCOBAR                  ) Case No.: 8:08-bk-17065-ES
                                     )
8 |                                  ) **NOTICE OF UNCLAIMED DIVIDEND**
                                     ) **(Bankruptcy Rule 3010)**
9 |                                  )
                                     )
10 |                                 )
                                     )
11 | _____

12 |     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13 |     Please find annexed hereto Check No. **300653** in the sum of **$ .01**

14 | representing an unclaimed dividend in the above-entitled Debtor's estate.

15 | Said sum is paid over to you pursuant to Bankruptcy Rule 3010.  The name and

16 | address of the party entitled to said unclaimed dividend is as follows:

17 |     GILBERT ESCOBAR
        80 CALLE DE FELICIDAD
18 |    RANCHO SANTA MARGARITA, CA 92688

19 |

20 | Date: February 14, 2010          _____
21 |                                  Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0817065 | GILBERT ESCOBAR ACCT:  Claim: 00000 | XXX-XX-2382 | 0.01 | 0.00 | 0.01 |
| | | TOTALS | 0.01 | 0.00 | 0.01 |

GILBERT ESCOBAR

BALANCE:            [0.00  13/00000]
SSN: XXX-XX-2382    SSN:
ACCT:                              CASE: 0817065
PRINCIPAL:    0.01   INTEREST:    0.00

---

**AMRANE COHEN**  
**CHAPTER 13 TRUSTEE**  
CHAPTER 13 TRUSTEE  
PO BOX 809  
ORANGE, CA  92856  

SUNTRUST  
800-786-8787  

64-79 / 611  

0300653  

Dec 24, 2009  

VOID 90 DAYS FROM DATE  

*********$0.01

**PAY**   Zero And 01/ 100 Dollars

**TO THE ORDER OF**   U.S. BANKRUTCY COURT (FISCAL DEPT.)  
255 E. TEMPLE STREET  
LOS ANGELES, CA  90012

⑈0300653⑈  ⑆061100790⑆000000575186 2⑈